IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES *ex rel.* TIMOTHY SCHNUPP,<br><br>*Relator,*<br><br>v.<br><br>BLAIR PHARMACY, *et al.*,<br><br>*Defendants.* | Civil Action No. ELH-17-2335 |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 5th day of September 2024, by the United States District Court for the District of Maryland, **ORDERED:**

1. The Motion (ECF 131) is **DENIED** as to **COUNT I and COUNT II**;

2. The Motion (ECF 131) is **GRANTED** as to **COUNT III**, with leave to amend by a date to be determined;

3. As to the Third-Party Complaint, proceedings are **STAYED** pending resolution of the FCA claims by Schnupp against defendants Mr. Blair and Blair Pharmacy.

/s/
Ellen Lipton Hollander
United States District Judge