IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES *ex rel.* TIMOTHY SCHNUPP,

   *Relator,*

v.

BLAIR PHARMACY, *et al.*,

   *Defendants.*

Civil Action No. ELH-17-2335

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 27th day of January 2025, by the United States District Court for the District of Maryland, **ORDERED:**

1. The Motion (ECF 149) is **DENIED**;

2. The Cross-Motion (ECF 156) is **GRANTED** as to Scheme 4 and Scheme 5;

3. The Cross-Motion (ECF 156) is **DENIED** as to Schemes 1, 2, and 3.

                          /s/
                        Ellen Lipton Hollander
                        United States District Judge